**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 26-mj-143 (MJS)** |
| **DEANDRE DUDLEY,** | : | ***Charging District Case No:*** **D.N.J.: 25-cr-719** |
| **Defendant.** | : | |

# ORDER

On August 20, 2026, the Defendant appeared before this Court for a Rule 5 Removal Hearing. The Defendant conceded to identity and waived a preliminary hearing. Accordingly, the Court ordered the Defendant transferred to the U.S. District Court for the District of New Jersey for further proceedings. Although the government asked that the Defendant be remanded to the custody of the U.S. Marshals Service for transfer to the charging district, the Court denied that request and concluded that the Defendant could be released on conditions pending further proceedings. Specifically, in addition to the conditions of release presently imposed by the District of New Jersey—which remain fully applicable—the Court ordered that the Defendant be placed on GPS monitoring and subject to home detention at the D.C. address provided to the Pretrial Services Agency. The Defendant also remains bound by any conditions and rules of probation imposed through his recent sentence in D.C. Superior Court.

**SO ORDERED.**

Date: August 20, 2026

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE